# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 6, 2026

Lyle W. Cayce
Clerk

No. 25-51059
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUAN DAVID PADILLA-PEREZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:25-CR-1767-1

Before DAVIS, WILSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Juan David Padilla-Perez appeals the sentence of 21 months of imprisonment and one year of supervised release imposed after he pleaded guilty to illegal reentry. For the first time on appeal, he challenges the condition of his supervised release providing that if the probation officer determines that he poses a risk to another person, the officer may require him

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-51059

to notify that person of the risk. Padilla-Perez contends that the condition improperly delegates judicial authority to the probation officer. He concedes that the issue is foreclosed by *United States v. Mejia-Banegas*, 32 F.4th 450 (5th Cir. 2022), but he seeks to preserve it for further review.

The Government moves for summary affirmance and, alternatively, for an extension of time in which to file an appellate brief. The parties are correct that the issue is foreclosed by circuit precedent. *See Mejia-Banegas*, 32 F.4th at 451-52. Summary affirmance is therefore appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.